■ TOWN OF RAMAPO, Respondent, v DIANE YENSCO et al., Appellants. — Judgment of the Supreme Court, Rockland County, dated March 11, 1981, affirmed, without costs or disbursements. No opinion. The stay contained in

the order of this court dated March 19, 1981 is vacated. Titone, J.P., Mangano, Gulotta and Thompson, JJ., concur.